**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BENJAMIN BURRIS and**                                                                       **PLAINTIFFS**
**ELIZABETH GOHL**

v.                          **CASE NO. 4:14CV00319 BSM**

**DONNA F. COBB, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE